# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERMUDA ROAD PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-cv-01579-RCJ-VCF |
| v. ) | |
| ) | **MINUTE ORDER** |
| ECOLOGICAL STEEL SYSTEMS, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | Dated:   November 13, 2012 |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:      Mai Tieu       RECORDER:      None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

    Before the court is plaintiff's *Ex Parte* Motion To Extend Time To Post Security Required By The Court's September 21, 2012, Order.  (#18).

    Also before the court is defendant's Motion To Stay Decision To Allow For LR 7-2 Briefing Schedule on Plaintiff's *Ex Parte* Motion.  (#19).  Plaintiff filed an Opposition thereto.  (#20).

    IT IS ORDERED that defendant's Response to plaintiff's *Ex Parte* Motion (#18) is due on or before November 22, 2012.  Plaintiff's Reply is due on or before December 6, 2012.

    IT IS FURTHER ORDERED that a hearing on plaintiff's *Ex Parte* Motion To Extend Time To Post Security Required By The Court's September 21, 2012, Order (#18) is scheduled for December 13, 2012, at 1:00 p.m. in Courtroom 3B.

    IT IS THEREFORE ORDERED that defendant's Motion To Stay Decision To Allow For LR 7-2 Briefing Schedule on Plaintiff's *Ex Parte* Motion (#19) is GRANTED as set forth above.

                                      **CAM FERENBACH**
                                      **UNITED STATES MAGISTRATE JUDGE**