**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BERMUDA ROAD PROPERTIES, LLC, | |
| Plaintiff, | 2:12-cv-01579-JAD-VCF |
| vs. | **ORDER** |
| ECOLOGICIAL STEEL SYSTEMS, INC., *et al.*, | |
| Defendants. | |

A settlement conference was conducted by the undersigned Magistrate Judge in this matter on March 31, 2015 and confidential information was disclosed by the parties, *ex parte*. (#106). Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

DATED this 12th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE