UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Bermuda Road Properties, LLC, a Nevada limited liability company,<br><br>    Plaintiff<br><br>v.<br><br>Ecological Steel Systems, Inc., a Delaware corporation, dba Ecosteel,<br><br>    Defendant | 2:12-cv-01579-JAD-VCF<br><br>**Order Setting Hearing on Motion for Determination of Good-Faith Settlement**<br><br>[ECF 135, 136] |

    Plaintiff and defendant D3DS CSD LLC dba D3 Design Studios have resolved their dispute and filed a motion for a good-faith settlement determination. ECF 135. The settling parties have also moved the court "to expedite the process of finalizing the settlement and to allow D3 and BRP to avoid additional fees and costs." ECF 136.

    With good cause appearing, IT IS HEREBY ORDERED that the motion for an order shortening time **[ECF 136] is GRANTED**. The Motion for Good Faith Settlement Determination **[ECF 135] will be heard in Courtroom 6D of the Lloyd D. George United States Courthouse at 9 a.m. on Friday, October 23, 2015.**

    Dated this 21st day of September, 2015

    _____
    Jennifer A. Dorsey
    United States District Judge