# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BERMUDA ROAD PROPERTIES, LLC, | |
| Plaintiff, | Case No. 2:12-cv-01579-JAD-GWF |
| vs. | **ORDER** |
| ECOLOGICAL STEEL SYSTEMS, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on the Motion to Withdraw as Counsel for Defendant Ecological Steel Systems, Inc. (#146), filed on October 28, 2015. Kurt C. Fox, Esq. and the law firm The Faux Law Group seek to withdraw as counsel of record for Defendant, Ecological Steel Systems, Inc. Plaintiff, Bermuda Road Properties, LLC, filed a Response (# 157) on November 17, 2015. The Court conducted a hearing on this matter on November 23, 2015. Movants have substantially established good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw of Counsel for Defendant (#146) is **GRANTED** subject to the following conditions:

1. Defendant's counsel shall submit Defendant's bank records from March 1, 2012 through December 31, 2012 to the Court for an *in-camera* review by **December 14, 2015**. Defendant's counsel is to highlight any and all payments made by Defendant to D3 Design Studios during that time period.

2. Defendant's counsel shall produce any and all documents in counsel's possession, which have not been previously produced, that are responsive to Plaintiff's requests for production of documents. In addition, Defendant's counsel shall not transfer, destroy or otherwise alter any documents in counsel's possession that are potentially responsive to Plaintiff's requests for production of documents without prior authorization of the Court.

3. Defendant's counsel shall provide the Court and Plaintiff with the last known address of Defendant and its president, Joss Hudson.

**IT IS FURTHER ORDERED** that Defendant, Ecological Steel Systems, Inc., shall have **two weeks** from the date Defendant's counsel completes the foregoing conditions to retain new counsel. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993). If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel.

**IT IS FURTHER ORDERED** that Defendant's counsel shall provide Defendant, Ecological Steel Systems, Inc. with a copy of this order at the Defendant's last known address:

6443 North Business Loop Road, Suite 1
Park City, Utah 84098

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Defendant, Ecological Steel Systems, Inc., 6443 North Business Loop Road, Suite 1, Park City, Utah 84098, to the civil docket.

DATED this 24th day of November, 2015.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**