# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BERMUDA ROAD PROPERTIES, LLC,   )
                Plaintiff,   )   Case No. 2:12-cv-01579-JAD-GWF
                               )
vs.   )   **ORDER**
                               )
ECOLOGICAL STEEL SYSTEMS, INC., *et al.*,   )   Emergency Motion to Clarify (#173)
                               )
                Defendants.   )

This matter is before the Court on Plaintiff's Emergency Motion to Clarify Court's November 24, 2015 Order [Doc. 160] on Order Shortening Time (Dkt. #173), filed on December 17, 2015. The Court finds that further briefing on this matter is unnecessary.

Plaintiff requests the Court to clarify Defense Counsel's obligation to provide Plaintiff with the residential address of Defendant and its president, Joss Hudson. At the hearing on November 23, 2015, the Court addressed this issue. At that time, the Court intended that counsel for Defendant Ecological Steel Systems, Inc. is to provide Plaintiff with the last known residential address, as well as any business address, prior to being allowed to withdraw from the case. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's counsel shall provide Plaintiff with the last known residential and business address of Defendant and its president, Joss Hudson.

DATED this 14th day of December, 2015.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge