| | |
|---|---|
| 1 | KURT C. FAUX, ESQ. |
| 2 | Nevada Bar No. 003407<br>JORDAN F. FAUX, ESQ. |
| 3 | Nevada Bar No. 012205<br>THE FAUX LAW GROUP |
| 4 | 1540 W. Warm Springs Road, #100<br>Henderson, Nevada  89014 |
| 5 | Telephone:  (702) 458-5790<br>Facsimile: (702) 458-5794 |
| 6 | Email: kfaux@fauxlaw.com<br>Attorneys for Ecological Steel Systems, Inc. |

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERMUDA ROAD PROPERTIES, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br>vs.<br><br>ECOLOGICAL STEEL SYSTEMS, INC., a Delaware corporation d/b/a ECOSTEEL, a Delaware corporation d/b/a ECOSTEEL; D3DS CSD L.L.C., a Nevada limited liability company, d/b/a D3 DESIGN STUDIOS,<br><br>           Defendants.<br>_____<br>AND ALL RELATED COUNTERCLAIMS<br>_____ | Case No.: 2:12-CV-01579-RCJ-VCF<br><br>**NOTICE OF COMPLETE COMPLANCE PURSUANT TO COURT'S ORDER (#160) AND ORDER OF WITHDRAWAL OF COUNSEL** |

Comes now the Faux Law Group and provides notice that it has complied with all conditions pursuant to Court Order #160 in that the Faux Law Group has:

   1. Produced bank records *in camera* (#170);

   2. Provided the current addresses of Ecological Steel and Joss Hudson (#175); and

   3. Produced documents received after the November 23, 2015 hearing pursuant to Judge Foley's Order (#160), (which production was over 51,000 pages).  The table itself of the documents that where produced was 636 pages.  The Receipt of Copy of the documents is attached hereto as Exhibit "A."

Accordingly, the Faux Law Group has fulfilled all conditions of Order #160 and is no longer counsel of record for Ecological Steel Systems, Inc., effective December 15, 2015.

DATED this 23rd day of December, 2015.

THE FAUX LAW GROUP

By: /s/ Kurt C. Faux, Esq.
KURT C. FAUX, ESQ.
Nevada Bar No.  003407
1540 W. Warm Springs Rd, Ste. 100
Henderson, Nevada 89014
Attorneys for EcoSteel

**IT IS SO ORDERED**:

By: *George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:  December 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Faux Law Group and that on the 23rd day of December, 2015, I caused to be served a true and correct copy of the **NOTICE OF COMPLETE COMPLANCE PURSUANT TO COURT'S ORDER (#160) AND ORDER OF WITHDRAWAL OF COUNSEL** in the following manner:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Henderson, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Ecological Steel Systems, Inc.
25202 Cabot Road, Suite 300
Laguna Niguel, California 92677
*Defendant*

Joss Hudson
3 Lindall Street
Laguna Niguel, California 92677

(ELECTRONIC SERVICE) Pursuant to Rule 5(D) of the Nevada Rules of Civil Procedure, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generate by that Court's facilities.

Alan J. Lefebvre, Esq.
Jonathan J. Winn, Esq.
Colby L. Balkenbush, Esq.
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel:   (702) 362-7800
Fax:   (702) 362-9472
*Attorneys for Bermuda*

_____
An Employee of The Faux Law Group