# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BERMUDA ROAD PROPERTIES, LLC,                )
                                             )
        Plaintiff,                           )  Case No. 2:12-cv-01579-JAD-GWF
                                             )
vs.                                          )  **ORDER**
                                             )
ECOLOGICAL STEEL SYSTEMS, INC., *et al.*,    )
                                             )
        Defendants.                          )
_____)

        This matter is before the Court on Plaintiff's Motion to Compel Production of Documents (#142), filed on October 21, 2015. Defendant, Ecological Steel Systems, Inc. (hereinafter "EcoSteel"), filed its Opposition (#150) on November 6, 2015. Plaintiff filed its Reply (#155) on November 17, 2015. The Court conducted a hearing on this matter on November 23, 2015.

        At the November 23, 2015 hearing, the Court ordered that Defendant Ecological Steel Systems, Inc. ("EcoSteel") submit its bank records from March 1, 2012 through December 31, 2012 to the Court for an *in camera* review. On December 23, 2015, this Court issued an Order (#178) finding that based on a review of the records, it would be appropriate that the records be produced to Plaintiff in their entirety. The Court also allowed EcoSteel until January 8, 2016 in which to respond and object to the production of those records to Plaintiff. *Order* (#178). To date, EcoSteel has failed to object or otherwise respond to the production of the records.[1] Accordingly,

. . .

. . .

. . .

. . .

---

[1] Plaintiff filed a Notice of EcoSteel's Failure to File a Response (#197) on January 11, 2016.

1   **IT IS HEREBY ORDERED** that the records submitted by EcoSteel for an *in camera*
2   review shall be disclosed to Plaintiff.  Plaintiff shall pick up the documents from the Court's
3   chambers at its earliest convenience.
4   DATED this 26th day of January, 2016.

  _____
  GEORGE FOLEY, JR.
  United States Magistrate Judge