ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
JONATHAN J. WINN, ESQ.
Nevada Bar No. 012896
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   alefebvre@klnevada.com
          jwinn@klnevada.com
          cbalkenbush@klnevada.com

Attorneys for Plaintiff
BERMUDA ROAD PROPERTIES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BERMUDA ROAD PROPERTIES, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ECOLOGICAL STEEL SYSTEMS, INC., a Delaware corporation, d/b/a ECOSTEEL; JOSEPH R. HUDSON aka JOSEPH R. HUDSON, III aka JOSS HUDSON, an individual; DIANA HUDSON, an individual; HUDSON FAMILY TRUST DATED OCTOBER 29, 2012; R. CRAIG HUDSON FAMILY TRUST DATED MAY 18, 2011; ECOSTEEL BUILDING SYSTEMS, INC., a Delaware corporation; STEEL BUILDINGS, INC., a Delaware corporation; ECO INVESTMENTS, L.L.C., a Utah limited liability company; ECOSTEEL LLC; a Utah limited liability company; HITPLAYYOGA LLC, a Utah limited liability company,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:12-cv-01579-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ALLOW THE PARTIES TO FULLY BRIEF DEFENDANTS' PENDING MOTION TO DISMISS [Doc. 201]**<br><br>**(First Request)** |

2037781 (8509-1)                              Page 1 of 3

Plaintiff Bermuda Road Properties, LLC ("Bermuda Road") and Defendants Ecological Steel Systems, Inc., Joss Hudson, Diana Hudson, the Hudson Family Trust Dated October 29, 2012, EcoSteel Building Systems, Inc., Steel Buildings, Inc., Eco Investments, L.L.C., EcoSteel LLC, and HITPLAYYOGA LLC ("Defendants"), by and through their respective counsel, stipulate and agree to the following extension of time for Bermuda Road's Opposition to the Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction [Doc. 201] ("Motion to Dismiss") and for Defendants' Reply to Bermuda Road's Opposition.:

WHEREAS:

1. On January, 14, 2016, Defendants filed a Motion to Dismiss [Doc. 201].

2. Bermuda Road and Defendants agree that Bermuda Road shall have up to and including February 4, 2016, on which to file an Opposition to Defendants' Motion to Dismiss [Doc. 201].

3. Bermuda Road and Defendants agree that Defendants shall have up to and including February 22, 2016, on which to file a Reply to Bermuda Road's Opposition to Defendant's Motion to Dismiss. [Doc. 201].

DATED this 27th day of January, 2016.

**KOLESAR & LEATHAM**

By  /s/ Colby L. Balkenbush
   ALAN J. LEFEBVRE, ESQ.
   Nevada Bar No. 000848
   COLBY L. BALKENBUSH, ESQ.
   Nevada Bar No. 13066
   400 South Rampart Blvd., Suite 400
   Las Vegas, NV 89145

Attorneys for Bermuda Road

**IT IS SO ORDERED**.

Dated: January 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

DATED this 27th day of January, 2016.

**SHULMAN HODGES & BASTIAN LLP**

By  /s/ John Mark Jennings
   JOHN MARK JENNINGS, ESQ.
   100 Spectrum Center Drive, Suite 600
   Irvine, CA 92618

Attorneys for Defendants (appearing pro hac vice)

DATED this 27th day of January, 2016.

**CHRISTENSEN JAMES & MARTIN CHTD.**

By  /s/ Wesley J. Smith
   EVAN L. JAMES, ESQ.
   Nevada Bar No. 7760
   WESLEY J. SMITH, ESQ.
   Nevada Bar No. 11871
   7440 W. Sahara Ave.
   Las Vegas, NV 89117

Nevada Counsel for Defendants

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472