# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BERMUDA ROAD PROPERTIES, LLC,

        Plaintiff,

vs.

ECOLOGICAL STEEL SYSTEMS, INC., *et al.*,

        Defendants.

Case No. 2:12-cv-01579-JAD-GWF

**ORDER**

       This matter is before the Court on Defendants' Motion to Extend Time to File Responsive Pleading to Third Amended Complaint (#262), filed on May 10, 2016. Plaintiff filed an Opposition (#265) on May 17, 2016. Upon review and consideration,

       Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants represent that there is a pending motion before the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Bankruptcy Court") that will determine whether the non-party debtors are subject to the automatic stay in the instant case. This motion is set to be heard on May 31, 2016 and, as such, Defendants request that the time for their response to Plaintiff's Third Amended Complaint (#259) be extended until 14 days after the Bankruptcy Court rules on their motion. The Court finds that Defendants have provided sufficient good cause to warrant the requested extension. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to File Responsive Pleading to Third Amended Complaint (#262) is **granted**. Defendants will have until **Tuesday, June 14, 2016** to respond to Plaintiff's Third Amended Complaint (#259) unless the Bankruptcy Court orders that said Defendants are also subject to the automatic stay.

DATED this 23rd day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge