1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BERMUDA ROAD PROPERTIES, LLC,   )
              )
     Plaintiff,    )  Case No. 2:12-cv-01579-JAD-GWF
              )
vs.             )  **ORDER**
              )
ECOLOGICAL STEEL SYSTEMS, INC., *et al.*, )
              )
              )
     Defendants.   )
_____)

   This matter is before the Court on Evan James, Esq. and Wesley Smith, Esq.'s ("counsel")

Motion to Withdraw as Attorneys of Record (ECF No. 278), filed on June 13, 2016.  Plaintiff filed its

Non-Opposition (ECF No. 281) on June 15, 2016.

   Counsel files this motion on behalf of Christensen James & Martin, Chtd. Counsel represents

that Defendants Hudson Family Trust Dated October 29, 2012, Hitplayyoga, LLC, Steel Buildings,

Inc., Eco Investments, LLC, and Eco Steel, LLC retained Christensen James & Martin, Chtd. as local

counsel only.  Counsel further represents that Defendants are unable to fulfill their obligation to pay

for Christensen James & Martin's services.  The Court finds that counsel has provided good cause to

justify granting their withdrawal. Accordingly,

   **IT IS HEREBY ORDERED** that Evan James, Esq. and Wesley Smith, Esq's Motion to

Withdaw as Attorneys of Record (ECF No. 278) is **granted**.

   **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Evan James, Esq. and

Wesley Smith, Esq. from the CM/ECF service list as attorneys of record for Defendants Hudson

Family Trust Dated October 29, 2012, Hitplayyoga, LLC, Steel Buildings, Inc., Eco Investments,

LLC, and Eco Steel, LLC.

   **IT IS FURTHER ORDERED** that Defendants shall have **three weeks** up to and including

**Thursday, July 7, 2016** to retain new counsel.  A corporation may appear in federal court only

through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

If Defendant corporations intend to continue to defend this matter, they are required to obtain legal

counsel.

DATED this 16th day of June, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge